# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D22-1233

_____

JEFFREY BEDWELL,

Petitioner,

v.

MIKE WILLIAMS, as Sheriff of
Jacksonville,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

September 23, 2022

PER CURIAM.

DENIED.

RAY, MAKAR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

John Merrett, Jacksonville, for Petitioner.

No appearance for Respondent.